UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
      -v-  :  23-CR-382 (JMF)
:
LEONARDO ORTIZ,  :  <u>SCHEDULING ORDER</u>
:
      Defendant.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Defense counsel's request for an adjournment of sentencing (the unredacted version of which will be filed and maintained under seal) is GRANTED, and sentencing is hereby ADJOURNED to **February 29, 2024,** at **2:15 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

    The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Consistent with the Court's Rules, Defendant's sentencing submission shall be filed two weeks before the date set for sentencing. The Government's sentencing submission shall be filed one week before the date set for sentencing. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

    The Clerk of Court is directed to terminate ECF No. 33.

    SO ORDERED.

Dated: November 28, 2023
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge